GEORGE F. MORITZ et al., Appellants, *v.* ANNA V. MORITZ, Respondent.
SAME, Appellants, *v.* SAME, Respondent.

*Moritz* v. *Moritz,* 153 App. Div. 147, affirmed.
*Moritz* v. *Moritz,* 153 App. Div. 153, affirmed.
(Argued May 12, 1914; decided June 2, 1914.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 23, 1912, upon an order reversing a judgment in

favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to impress a trust upon real property.

*George V. Mullan* and *Edwin H. Updike* for appellants.

*Charles A. Decker* and *James J. Allen* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.